

Narine Mkrtchyan <narine57@gmail.com>

## RE: Rayzberg v. County of LA
1 message

**Raymond Fuentes** <Ray@fm-llp.com>   Mon, Apr 8, 2024 at 10:34 AM
To: Narine Mkrtchyan <narine57@gmail.com>
Cc: Kim McNally <kim@fm-llp.com>, Michael Branconier <mbranconier@fm-llp.com>, fmllp main box <fmllp@fm-llp.com>

We **oppose** your Ex Parte **on both procedural and substantive grounds**.  Please include our opposition in your Ex Parte.

You have been aware of the BWC video footage since June 1, 2023.  *Scott v Harris* case is an old case and prevents Plaintiffs from presenting inconsistent versions of the incident as depicted by the video footage. Nothing that you say or do can remedy the inconsistent version presented by your client and the video footage.

*Raymond J. Fuentes*

**Fuentes & McNally, LLP**

**700 N. Central Avenue, Suite 470**

**Glendale, CA 91203**

**Telephone: 818-543-4750**

**Fax: 818-543-4757**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND DESTROY THE MESSAGE.  THANK YOU.

**From:** Narine Mkrtchyan <narine57@gmail.com>
**Sent:** Monday, April 8, 2024 10:24 AM
**To:** Raymond Fuentes <Ray@fm-llp.com>
**Subject:** Rayzberg v. County of LA

Counsel,

It appears in your reply you raised new arguments with new caselaw not raised previously in your moving papers. As an example, you relied on Scott v. Harris in arguing there is no genuine dispute of facts because of BWC.

That is impermissible. See Eberle v. City of Anaheim, 901 F.2d 814 (9th Cir. 1990)

This is notice that Plaintiff will be filing an ex parte tomorrow to strike Defendants' reply or newly raised arguments. Please, let me know if you oppose.

Thanks.

**Narine Mkrtchyan**
Attorney at Law

MKRTCHYAN LAW

Tel:    (818) 388-7022

Web:   www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.