Narine Mkrtchyan, Esq. (SBN 243269)
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Telephone No. (818) 388-7022
Email: narine57@gmail.com

Attorney for Plaintiff Lisamarie Rayzberg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIE RAYZBERG,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:23-cv-02585 DMG-JC<br><br>**PLAINTIFF'S REQUEST FOR AN ORDER TO BRING IN HANDCUFFS TO COURT AS TRIAL EXHIBIT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff here by requests an order directed to the Marshall's Office permitting the entry into the courthouse handcuffs as 'trial exhibit.' The particulars are set forth in the appended declaration of plaintiff's counsel.

DATED: July 8, 2024                    /s/Narine Mkrtchyan

Narine Mkrtchyan, Esq.

Attorney for Plaintiff Lisamarie Rayzberg